IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JAMES LUGO,

    Plaintiff,                           CV F 04 5236 OWW WMW P

    vs.                                 <u>ORDER RE MOTION (DOC 15)</u>

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

    Plaintiff has filed a motion for a temporary restraining order. Plaintiff's motion consists of a single page request. The motion does not comply with the requirements of Local Rule 65-231. Plaintiff's motion for a temporary restraining order is therefore stricken as procedurally defective.

IT IS SO ORDERED.

**Dated:   September 15, 2005**        /s/  **William M. Wunderlich**
mmkd34                                          UNITED STATES MAGISTRATE JUDGE

1