IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY LUGO,

      Plaintiff,                    CV F 04 5236 OWW WMW   P

  vs.                                   ORDER

E. ALAMEIDA, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se. On May 10, 2005, an order was entered, dismissing the operative pleading, and granting plaintiff leave to file an amended complaint. Plaintiff failed to file an amended complaint and on June 15, 2005, findings and recommendations were entered, recommending dismissal of this action for plaintiff's failure to prosecute. Plaintiff filed objections to the findings and recommendations.

      The court will provide plaintiff with a further opportunity to file an amended complaint in accordance with the May 10, 2005 order. Plaintiff is cautioned that his failure to do so will result an a recommendation that this action be dismissed without prejudice for his failure to comply with a court order.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The June 15, 2005, recommendation of dismissal is vacated.

      2. Plaintiff is granted an extension of time of thirty days from the date of service

of this order in which to file an amended complaint in compliance with the order of May 10, 2005.

IT IS SO ORDERED.

**Dated:   April 19, 2006**                             **/s/  William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE