1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12    HENRY JAMES LUGO,

13              Plaintiff,                    CV F 04 5236 OWW WMW P

14         vs.

15    E. ALAMEIDA, et al.,

16              Defendants.                   ORDER RE FINDINGS &
                                              RECOMMENDATIONS (#26 )
17

18
          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action
19
seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate
20
Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
21
          On June 21, 2006, the magistrate judge filed findings and recommendations
22
herein which were served on plaintiff and which contained notice to plaintiff that any
23
objections to the findings and recommendations were to be filed within thirty days.  Plaintiff
24
has not filed objections to the findings and recommendations.
25
          Although it appears from the file that plaintiff's copy of the findings and
26

1

recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(d), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed June 21, 2006, are adopted in full; and

2.  This action is dismissed without prejudice for failure to prosecute.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    July 29, 2006**                                    **/s/ Oliver W. Wanger**
emm0d6                                                        UNITED STATES DISTRICT JUDGE